```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                        PANAMA CITY DIVISION

IN RE:                              )
                                    )
AARON M. MATHEWS                    )  CASE NO.  09-50625-LMK
                                    )     CHAPTER 7
     Debtor.                        )
_____)
```

## REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

```
                   NAME AND ADDRESS
CLAIM NO.            OF CREDITOR                      AMOUNT

    3          Great Lakes Educational Loan Svc      290.02
               Claims Filing Unit
               P. O. Box 8973
               Madison, WI 53708
```

Dated: 4/21/11                     /s/ John E. Venn, Jr.
                                   JOHN E. VENN, JR.,
                                   TRUSTEE
                                   FL Bar No. 184992
                                   220 W. Garden St.
                                   Suite 603
                                   Pensacola, FL 32502
                                   (850) 438-0005
                                   Johnevennjrpa@aol.com